AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

V.

EDWARD LANGEVIN

## WARRANT FOR ARREST

CASE NUMBER: 04M-1119-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ EDWARD LANGEVIN
Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)
being a felon in possession of firearms

Title 18  United States Code, Section(s) 922(g)(1)

JUDITH GAIL DEIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

9/22/04  Boston, MA
Date and Location

Bail fixed at $ _____  by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.